IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00150-LTB-KMT

SANDRO TORRES, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

CACHE CACHE, LTD., a Colorado corporation, JODI LARNER and CHRIS LANTER,

    Defendants
_____

# If you are a current or former employee of Cache Cache restaurant, a collective action lawsuit may affect you

*A court authorized this notice.  This is not a solicitation from a lawyer.*

- A former employee of Cache Cache restaurant in Aspen, Colorado has sued alleging Cache Cache wrongfully took his tips to pay managers and kitchen staff.  The Court has allowed the lawsuit to be a collective action on behalf of other current and former employees of Cache Cache.

- The Court has not decided whether Cache Cache did anything wrong.  There is no money available now, and no guarantee there will be.  However, your legal rights may be affected by your response to this notice.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT

| | |
|---|---|
| **DO NOTHING** | **Do not join the lawsuit**<br><br>If you do nothing and money or benefits later are awarded, you will not be entitled to any portion of the award.  However, you retain the ability to sue Cache Cache separately over the same or related claims as asserted by the Plaintiff in this action, to the extent permitted by law. |
| **ASK TO BE INCLUDED** | **Join in the lawsuit**<br><br>By signing and returning the attached Opt-In Consent Form, you join the collective action as a party to this lawsuit and may receive any money |

|   | or benefits that could result from a settlement or a trial. |
|---|---|

## **BASIC INFORMATION**

**1.**     Why did I get this notice?

Cache Cache's records show that you are a current or former employee. This notice explains that you are permitted to join in this lawsuit as a Plaintiff. A trial will be held to determine whether the claims being asserted against Cache Cache are valid and, if so, how much money Plaintiff(s) are owed. Judge Lewis Babcock of the United States District Court for the District of Colorado is overseeing this collective action.

**2.**     What is this lawsuit about?

This lawsuit is about whether Cache Cache improperly took employee tips to pay managers and kitchen staff. Cache Cache denies that it did anything wrong.

**3.**     **Has the Court decided who is right?**

No. The Court has not decided whether Plaintiff or Defendants are correct. By issuing this Notice, the Court is not suggesting the Plaintiff will either win or lose this lawsuit.

**4.**     What is a collective action?

In a collective action lawsuit, one or more people called "Class Representatives" or ''Named Plaintiffs" (in this case, former Cache Cache employee Sandro Torres) sue on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." The employee who sued - and all the Class Members like him - are called the Plaintiffs. The company they sued (in this case, Cache Cache and its owners) are called the Defendants. One court resolves the issues for everyone who chooses to join the collective action.

**5.**     Why is this lawsuit a collective action?

The law permits this kind of lawsuit to be filed as a "collective action," which permits one or more plaintiffs to start a lawsuit and for other "similarly situated" plaintiffs to join the lawsuit to pursue their claims together. The Court has ordered notice of this lawsuit be sent to you as someone who may be similarly situated to Mr. Torres so that you can decide whether or not to join the lawsuit.

**6.**     How much money is the Plaintiff asking for?

The Plaintiff generally is asking for Cache Cache to refund to each current and former employee: the tip credit it took against their minimum wage (generally, $3.02 for each hour each employee worked). In addition, Plaintiff is asking the Court to double any amount owed to each employee.

**7.     Is there any money available now?**

No money or benefits are available now because the Court has not yet decided whether Defendants did anything wrong, and the two sides have not settled the case. There is no guarantee that money or benefits ever will be obtained.

**8.     How and when will the Court decide who is Right?**

As long as the case isn't resolved by a settlement or otherwise, the Court will hold a trial. During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about who is right.

## WHO IS IN THE CLASS

**9.     Am I part of this collective action?**

No, you are not currently part of this lawsuit. The Court ordered that this Notice be provided to all current and former employees who worked at Cache Cache from January 19, 2009 to present informing you of your right to join the Plaintiff in this lawsuit if you desire.

**10.    Which current and former employees are included?**

If you were employed by Cache Cache from January 19, 2009 to present and shared tips, you are eligible to participate in the lawsuit.

## YOUR RIGHTS AND OPTIONS

**You have to decide whether to join the collective action and you have to decide this now.**

**11.    How do I ask the Court to include me in the collective action?**

To ask to be included in this collective action, you must send a completed Opt-In Consent Form like the one attached to The Law Offices of Brian D. Gonzales, PLLC, 123 North College Avenue, Suite 200, Fort Collins, Colorado 80524. The form also can be e-mailed to BGonzales@ColoradoTrialLaw.com or faxed to 303-539-9812. This form must be returned by **March 18, 2013**.

**12.    What if I am an undocumented worker or I still work for Cache Cache?**

Your immigration status is irrelevant and it illegal for Cache Cache to retaliate against you for participating in this lawsuit to recover any money you are owed.

**13.    Do I have a lawyer in this case?**

The Law Offices of Brian D. Gonzales, PLLC represents the Plaintiff in this lawsuit and will represent any other Cache Cache employees who choose to join this lawsuit. You do not need to hire your own lawyer if you join the lawsuit because The Law Offices of Brian D. Gonzales, PLLC will represent you.

**14.** How will the lawyers be paid?

If the lawyers get money for the Class, they may ask the Court for fees/expenses. You won't have to pay these fees/expenses. If the Court grants the request, the fees/expenses would be either deducted from any money obtained for the Class and/or paid separately by Cache Cache

## **GETTING MORE INFORMATION**

**1.** Are more details available?

If you have any questions, you may contact the attorney for the Plaintiffs, Brian Gonzales, for a free and confidential discussion by calling (970) 214-0562, sending an e-mail to BGonzales@ColoradoTrialLaw.com or by writing to The Law Offices of Brian D. Gonzales, PLLC, 123 North College Avenue, Suite 200, Fort Collins, Colorado 80524. For additional information about the lawyer representing the Plaintiff, and about federal and state tipping laws in general, please see ColoradoWageLaw.com.


    s/Lewis T. Babcock
The Honorable Lewis T. Babcock
The United States District Court for the District of Colorado
DATED: January 23, 2013

## OPT-IN CONSENT FORM

**RETURN TO:**       The Law Offices of Brian D. Gonzales, PLLC
                           123 North College Avenue, Suite 200
                           Fort Collins, Colorado 80524
                           or e-mail: **BGonzales@ColoradoTrialLaw.com** or fax: 303-539-9812

                           **We will contact you to confirm receipt. If, after returning this form, you do not hear from us, please call 970-214-0562**

**Name (Please Print):**

**Address:**


**Telephone:**

**E-Mail:**

**Consent:**

    1.    I am or was employed by Cache Cache restaurant at some point between January 19, 2009 and the present.

    2.    I consent and agree to pursue any claims I may have arising out of Cache Cache's alleged violations of the Fair Labor Standards Act in this lawsuit. These violations relate to Cache Cache's tip policies.

    3.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938. I hereby consent, agree and opt-in to become a Plaintiff herein.

                                                      _____
                                                                  Signature