IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00150-LTB-KMT

SANDRO TORRES, on behalf of himself and all similarly situated persons,

        Plaintiff,

v.

CACHE CACHE, LTD., a Colorado corporation;
JODI LARNER; and
CHRIS LANTER,

        Defendants.

_____

ORDER

_____

        THIS MATTER having come before the Court on the Joint Stipulation of Dismissal

With Prejudice (Doc 40 - filed June 20, 2013), and the Court being fully advised in the

premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.


                                        BY THE COURT:


                                         s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE

DATED: June 21, 2013